JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED IBRAHIM ISMAIL,<br>　　　　　Petitioner,<br>　　v.<br>JEH C. JOHNSON, *et al.*,<br>　　　　　Respondents. | Case No. SA CV 16-2105 CAS (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED AS MOOT** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED:  February 17, 2017          _____
　　　　　　　　　　　　　　　　　　　HON. CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE